IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALEJANDRO SANTIAGO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-04-1103 |
| | § | |
| CITY OF HOUSTON AND | § | |
| OFFICER RICHARD G. | § | |
| PEDERSON, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

As the Court has granted Defendants City of Houston's and Officer Richard G. Pederson's Motion for Summary Judgment (Instrument No. 14), the Court hereby

ORDERS that final judgment be entered in favor of Defendants City of Houston and Officer Richard G. Pederson. Plaintiff Alejandro Santiago's claims against Defendants are DISMISSED. Plaintiff shall take nothing from Defendants.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this 20th day of July, 2005.

*David Hittner*

_____

DAVID HITTNER

United States District Judge